# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DOYLE JONES**
**ADC #85202**                                         **PLAINTIFF**

**v.**               **Case No. 5:18-cv-00068-KGB/JJV**

**BRANDON CARROLL,**
**Lieutenant, Randall L. Williams Unit;** *et al.*                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 6).

It is therefore ordered that:

1. The Court dismisses with prejudice from this action defendants Wilfory and Does.

2. Plaintiff Doyle Jones is allowed to proceed with his failure to protect, excessive force, and inadequate medical care claims against the remaining defendants.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 27th day of June, 2018.

                                                        Kristine G. Baker
                                                        United States District Judge