IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOYLE JONES
ADC #85202                                                                                      PLAINTIFF

v.                                Case No. 5:18-cv-00068-KGB/JJV

BRANDON CARROLL,
Lieutenant, Randall L. Williams Unit; *et al.*                                   DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 49). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 49).

It is, therefore, ordered that:

1. The Court dismisses without prejudice from this action defendant Foster.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation would not be taken in good faith.

So ordered this 11th day of September, 2018.

_____
Kristine G. Baker
United States District Judge